B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  Jean W. Juste; Rose M. Juste               ,          Case No.  18-10944

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB d/b/a Christiana Trust not in its individual capacity but solely as trustee for SC Park Lane II Trust 2019-1 | Wilmington Savings Fund Society, FSB d/b/a Christiana Trust not in its individual capacity but solely as trustee for SC Park Lane II Trust 2019-1 |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Planet Home Lending, LLC
P.O. Box 1001
Meriden, CT 06450

Phone: 866-882-8187
Last Four Digits of Acct #:  2643

Court Claim # (if known):  26
Amount of Claim:  $350,431.97
Date Claim Filed:  06/25/2018

Phone: 866-882-8187
Last Four Digits of Acct. #:  2643

Name and Address where transferee payments should be sent (if different from above):

Planet Home Lending, LLC
321 Research Parkway, Suite 303
Meriden, CT 06450
Phone: 866-882-8187
Last Four Digits of Acct #:  2643

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kenneth W.Bach                                Date: 02/18/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.